IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SAMUEL WILLIAMSON,           )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:26cv178-MHT
                             )             (WO)
WARDEN HEADLY, et al.,       )
                             )
     Defendants.             )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated at Staton Correctional Facility, filed this lawsuit complaining that institutional policies and practices result in the prisoners in his unit, the F-Dorm, receiving an inadequate amount of food, which in turn leads to violence amongst the unit's prisoners. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of May, 2026.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2